

**WALSH PIZZI O'REILLY FALANGA**

William T. Walsh, Jr.
Direct Dial: (973) 757-1030
wwalsh@walsh.law

**RECEIVED**
MAR 21 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

22 mc20

**RECEIVED**
MAR 21 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

March 18, 2022

**VIA FEDEX**
Clerk of Court
United States District Court for the District of Minnesota
Diana E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

Re: **Argenbright Holdings IV, LLC v. Gateway Security, Inc. et al.**
**Docket No. 22-cv-0093**

Dear Sir or Madam:

This firm represents petitioner Argenbright Holdings IV, LLC ("Petitioner") in connection with the above-referenced matter. You are requested to register promptly in your district pursuant to 28 U.S.C. § 1963 a judgment rendered and entered by the United States District Court for the District of New Jersey in the civil action referenced above on February 14, 2022 in favor of Petitioner and against respondents Gateway Securities, Inc and Kurus J. Elavia. Enclosed herewith is an original and one (1) copy of the judgment.

The judgment is for the recovery of money as more fully set forth in the attached certified copy of the judgment. The judgment is a final judgment in that it is a nonappealable consent judgment. You are kindly requested to (1) notify the undersigned counsel for Petitioner, at the address set out above, as soon as the registration is effected in order that enforcement of the judgment in your district may be commenced; and (2) return a file-stamped copy when registered in the self-addressed stamped envelope enclosed herewith. A check in the amount of $49.00 reflecting the miscellaneous filing fee is enclosed herewith.

Additionally, please find enclosed a writ of execution for this matter, detailing the identity of the judgment debtors and the amount of said judgment. Please let us now if there is any additional information you may need prior to delivery to the U.S. Marshall's office.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ William T. Walsh, Jr.*
William T. Walsh, Jr.



SCANNED
MAR 22 2022
U.S. DISTRICT COURT MPLS

WALSH PIZZI O'REILLY FALANGA LLP | ATTORNEYS AT LAW | NEWARK | NEW YORK | PHILADELPHIA